# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

ARREST ON OUT-OF-DISTRICT OFFENSE         25-mj-06626

CASE NUMBER:

The person charged as FRANCISCO JAVIER REQUENA TORREALBA, now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of Nebraska in violation of 18 U.S.C. Section(s) 1349, 1030, 1344, 2113(a), and 371.

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 12/1/25

Kasey Gallagher
Special Agent
Federal Bureau of Investigation

Reviewed and Approved

Dated: 12/1/25

Sarah Fix
Assistant United States Attorney

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br><br>FRANCISCO REQUENA TORREALBA<br><br>*Defendant(s)* | Case No. 8:25MJ627 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **February 8, 2024 to August 21, 2025** in the county of **Douglas** in the
_____ District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Attempt and Conspiracy to Commit Bank Fraud |
| 18 U.S.C. § 1030 | Computer Fraud |
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. § 2113(a) | Bank Burglary and Larceny |
| 18 U.S.C. § 371 | Conspiracy |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SA Matthew Saad, FBI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 11/7/2025

_____
*Judge's signature*

City and state: Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF SPECIAL AGENT

I, Matthew Saad, being duly sworn, depose and say as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am presently employed as a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI"), and I am assigned to the Cyber Crime Task Force of the FBI Omaha Field Office in the District of Nebraska. I have been employed by the FBI since June 2015, including five months of training at the FBI Academy in Quantico, Virginia. I am responsible for conducting and assisting in investigations into the activities of individuals and criminal groups responsible for cybercrimes and related frauds. I have investigated numerous fraud-related offenses and have participated in physical surveillance, surveillance of undercover transactions, debriefings of informants, and the execution of search warrants involving phones and other forms of electronic evidence. The information contained herein was obtained by the affiant from witnesses, independent investigation, and various law enforcement reports. Unless otherwise indicated, such statements contained herein are reported in substance and are not verbatim. Since this affidavit is submitted for the limited purpose of securing a complaint for the arrest of Francisco Requena Torrealba for committing the violations discussed below, I have not included details of every aspect of this investigation. However, facts not set forth herein are not being relied upon by me in seeking this court order, nor do I request that this Court rely upon any facts not set forth in my affidavit in reaching its conclusion.

2. This affidavit is intended to show only that there is probable cause to believe that Francisco Requena Torrealba knowingly committed violations of 18 U.S.C. §§ 1349 (attempt and conspiracy to commit bank fraud), 1030 (computer fraud), 1344 (bank fraud), 2113(a) (bank burglary), and 371 (conspiracy).

## BACKGROUND AND PROBABLE CAUSE

**A.    Background, The West Gate Bank Incident, and Arrests of Padron and Barraza**

3.     The FBI is investigating a large-scale conspiracy to steal money from Automatic Teller Machines ("ATM") through the use of malware, a scheme referred to as ATM jackpotting. More specifically, ATM jackpotting is a scheme in which a crew of individuals travels to different jurisdictions and installs malicious software ("malware") on an ATM hard drive ("HD") to force the ATM to withdraw cash. Each member of the crew has their own specific role. These individuals often have a pre-programmed computer and/or a Raspberry Pi[1] device to install the malware onto the ATM's HD. It is common for the person removing the ATM hard drive to dress like an ATM technician. A crew often has a "scout" to find ATMs, a driver, a person to install the malware, and a person to withdraw the cash from the ATM once the malware is installed.

4.     On or about October 26, 2024, at approximately 1:24 a.m., West Gate Bank ("WGB"), whose deposits are insured by the Federal Deposit Insurance Corporation and which is located at 1204 West O Street, Lincoln, Nebraska, received an Interactive Teller Machine ("ITM")[2] hood door alarm on one of WGB's ITMs. This alarm triggers when the hood of an ITM or ATM is lifted, revealing the internal components and parts of the ITM/ATM. A manager at WGB's reviewed the ITM's security cameras and noticed a Hispanic male wearing a black surgical

---

[1] A "Raspberry Pi" is a small, affordable type of computer with its own memory, processor, and drivers. While these devices can be used for many different purposes, based on my training and experience, in the ATM jackpotting context, I know these devices are used to facilitate the installation of malware on ATM HDs.

[2] An Interactive Teller Machine is a machine that combines the functions of an ATM with the ability to video chat with a live teller. ITMs are sometimes called "branch in a box" systems because they provide a virtual banking experience similar to visiting a branch in-person.

2

mask exit a white van and lift the hood of one the bank's ITMs. The manager reported what she had seen to the police.

5. Shortly thereafter, Lincoln Police Department ("LPD") officers met WGB's manager at the WGB parking lot. The bank's manager informed officers that a van parked near the bank matched the description of the white van from WGB's surveillance footage. Around the same time, the van began to drive away and LPD officers conducted a traffic stop on the vehicle. Carlos Padron was driving the van and Luis Alejandro Berdugo Barraza[3] was in the rear passenger seat. Barraza and Padron were identified by their Colombian and Venezuelan identification cards respectively. Neither Padron nor Barraza spoke English, and Padron utilized Google's Translate application from his cell phone to communicate with LPD officers. Padron, through Google Translate, advised that he and Barraza were trying to find a place to rest. Officers noticed there was a black surgical mask on the front passenger seat and detained Padron and Barraza.

6. Padron consented to a search of the van. Officers located Pin Tumbler lock keys, a Pin Tumbler lock picking tool set, a Transcend Solid-State Drive ("SSD") that was attached to a hardware mounting bracket, a Lenovo laptop computer with adapter cables, and multiple power tools including two drills. Based on my training and experience, this combination of tools and devices are frequently used by individuals to break into ITMs, access the ITMs' computers, and install malicious code that circumvents the ITM's software and forces the ITM to eject the cash inside. The laptop found in the van was powered on, unlocked, and found in a black backpack in the back-cargo portion of the van. Padron had a cell phone in his pocket, and three more cell phones were found in the van. Officers also found an external hard drive reader, a WiFi hotspot puck, a wireless keyboard, electronic cords, two black medical masks, and a yellow-handled screwdriver.

---

[3] The investigation later revealed that Barraza's true name is Oddry Arnaldo Cabrera Torrealba.

7.      WGB's manager confirmed to LPD officers that the Transcend SSD found in the van was from one of WGB's ITMs. Using the Pin Tumbler lock key that was found in the van, LPD officers opened the ITM that had its hood door alarm triggered and learned that the SSD was missing from the ITM.

8.      LPD investigators obtained surveillance video capturing events shortly before LPD officers arrived on the scene at about 1:48 a.m. on or about October 26, 2024. In sum, surveillance video shows the white van drive slowly by the ITM at WGB, and eventually enter the bank drive-through lanes, arriving near an ITM. The rear sliding door on the driver's side opens and a Hispanic male in dark clothing exits from the sliding van door wearing a black face mask. Images of the Hispanic male appear to match that of the jail booking photo of Barraza. The subject appears to unlock and open the bottom door of the ITM and then lift the top door open. The subject appears to be wearing a Bluetooth earpiece in his left ear. Another camera angle shows the subject appearing to manipulate something on the inside of the ITM. The subject then closes the top ITM door. It appears he has a screwdriver and possibly an interior part of the ITM in his left hand. He then closes the ITM door and re-enters the van through the same sliding door. The van then pulls away at about 1:24 a.m. At about 1:47 a.m., the van pulls back into the ITM drive through lane without stopping. At about 1:48 a.m., an LPD cruiser arrives.

9.      Neither Padron nor Barraza are employees of WGB or any company with permission to access ITMs at WGB. Padron is an undocumented citizen of Venezuela and had a Florida personal identification card. Barraza is an undocumented citizen of Colombia and had $323 U.S. currency on his person.

10.     On December 9, 2024, a grand jury sitting in the District of Nebraska returned an indictment charging Barraza and Padron with violations of 18 U.S.C. §§ 2113(b) (attempted bank

theft), and 18 U.S.C. § 371 (conspiracy to commit bank theft), for their roles in the WGB theft described above.

B.  **Evidence from Devices Seized from Padron and Barraza, Bank Surveillance, and Financial Records Show Francisco Requena Torrealba Conducted ATM Jackpotting Incidents with Padron and/or Barraza**

11.  On or about November 21, 2024, LPD executed search warrants on the four cell phones seized from Padron and Barraza, to include two Apple iPhones (iPhone1, iPhone2), a Motorola, and a OnePlus phone.

12.  Padron and Barraza did not provide PIN codes for the two seized Apple iPhones at the time. Thus, investigators were only able to retrieve limited data extractions which contained limited information. However, investigators were still able to obtain location data from iPhone1, which revealed that the phone was in the vicinity of multiple ATM jackpotting incidents on or around the dates that those incidents occurred, including between on or about July 5, 2024, and on or about July 8, 2024, at Heartland Credit Union in Hutchinson, Kansas, among others.

13.  Beginning on or about July 5, 2024, at least three individuals were involved in several ATM jackpotting incidents at ATMs owned by Heartland Credit Union. More specifically, on or about July 5, 2024, an ATM owned by Heartland Credit Union and located at 1300 North Plum Street in Hutchinson, Kansas, was the target of an ATM jackpotting incident. Heartland Credit Union sustained a loss of approximately $25,000 from this incident. ATM surveillance video captured one of the individuals who participated in the incident, and that individual matches Barraza's appearance, which is consistent with the evidence of Barraza's location from iPhone1 described above. Also, on or about July 5, 2024, the ATM at Heartland Credit Union located at 1701 East 23rd Avenue in Hutchinson, Kansas, was the target of an ATM jackpotting incident. Heartland Credit Union sustained a loss of approximately $25,000 from this incident. Surveillance

5

footage from the ATM at 1701 East 23rd Avenue captured an individual believed to be Requena Torrealba at the ATM during the execution of malware, as depicted below:



14.  The individual depicted in the ATM surveillance matches other known photographs of Requena Torrealba. For example, United States Citizenship and Immigration Services ("USCIS") provided information that Requena Torrealba was a citizen of Venezuela and the following photograph of Requena Torrealba, which matches the individual from the ATM surveillance at Heartland Credit Union:



15. In the following days, several large cash deposits totaling $27,305 were made to a Bank of America account ending in 3500 and in the name of Francisco Requena Torrealba SR. Additionally, these deposits were made at ATMs in Kansas and Missouri, and more specifically:

   a. On or about July 15, 2024, a $595 cash deposit was made at a Bank of America ATM in Kansas City, Missouri;

   b. On or about July 18, 2024, $4,180 in cash deposits were made at a Bank of America ATM in Lenexa, Kansas;

   c. On or about July 22, 2024, $21,910 in cash deposits were made at a Bank of America ATM in Kansas City, Missouri; and

   d. On or about July 22, 2024, a $620 cash deposit was made at a Bank of America ATM in Overland Park, Kansas.

C. **Phone and Financial Records Connect Requena Torrealba to Additional ATM Jackpotting Incidents**

16. According to records from USCIS, Requena Torrealba's phone number is 786-961-1780. Pursuant to valid legal process, the FBI obtained records from AT&T pertaining to 786-961-1780. AT&T's records listed Francisco Javier Requena Torrealba as the subscriber of this phone number, with a billing address of 9591 Fontainebleau Boulevard, Apartment 120, in Miami, Florida.

17. Barraza also likely communicated with Requena Torrealba at this phone number. For example, pursuant to a search warrant, the FBI obtained records from Apple pertaining to Barraza's iCloud account, oddrycabrera1988@icloud.com. These records show that the phone number 786-961-1780 was included in Barraza's contact list under the name "Francho Daniel."

18. Pursuant to valid legal process, the FBI obtained records from AT&T pertaining to the phone number 786-961-1780. AT&T's records listed Francisco Javier Requena Torrealba as

the subscriber of this phone number, with a billing address of 9591 Fontainebleau Boulevard, Apartment 120, in Miami, Florida.

19.  According to AT&T records obtained pursuant to a search warrant, Requena Torrealba's phone was also connected to cell towers near ATM jackpotting incidents in Utah. More specifically, between on or about February 6, 2024, and on or about February 8, 2024, at least four individuals participated in ATM jackpotting incidents at two ATMs located in Utah. On or about February 6, 2024, an ATM owned by Mountain American Credit Union ("MACU") and located at 4600 South Redwood Road in Salt Lake City, Utah, was the target of an ATM jackpotting incident. MACU sustained a loss of approximately $56,800 from this incident. And on or about February 8, 2024, an ATM owned by MACU and located at 351 West Center Street in Cedar City, Utah, was the target of an ATM jackpotting incident. MACU sustained a loss of approximately $33,560 from this incident.

20.  Pursuant to a search warrant, AT&T provided records associated with cell towers near the ATM jackpotting incidents at MACU in Salt Lake City, Utah, and Cedar City, Utah. These records show that Requena Torrealba's phone number, that is, 786-961-1780, was connected to towers cell tower near both ATM jackpotting incidents. The records show another phone number, 786-583-7456, was also connected to cell towers near these ATM jackpotting incidents. JPMorgan Chase produced records from an account related to Co-conspirator One,[4] , and those records show that the phone number registered to Co-conspirator One's JPMorgan Chase bank account was 786-583-7456. Co-conspirator One's was also arrested on or about October 6, 2024, by Nebraska City Police Department for an ATM jackpotting incident that occurred at an Arbor Bank ATM in

---

[4] Co-conspirator One is an individual known to law enforcement but pseudonymized in this affidavit given the ongoing investigation.

Nebraska City, Nebraska, resulting in a loss of approximately $19,000.[5] Co-conspirator One has also conducted bank transfers with Requena Torrealba, including a Zelle payment from Co-conspirator One's to Requena Torrealba made on or about February 20, 2024.

21.     Requena Torrealba's bank records also show deposits and purchases made near the ATM jackpotting incidents in Utah. Pursuant to valid legal process, the FBI obtained records from Requena Torrealba's Bank of America account ending in 3500. These bank records show that on or about February 7, 2024, two cash deposits totaling approximately $2,220 were made into Requena Torrealba's account through an ATM located in Sandy, Utah. Sandy is an approximately 25-minute drive from Salt Lake City. The bank records also show that on or about February 7, 2024, there was a purchase made at a Walgreens in Lehi, Utah, in the amount of $403.50. Lehi is an approximately 30-minute drive from Salt Lake City.

22.     As noted above, cell tower records place Requena Torrealba at the ATM jackpotting at the MACU ATM in Cedar City, Utah on or about February 8, 2024. The next day, on or about February 9, 2024, there were multiple deposits totaling $3,100 made into Requena Torrealba's account through an ATM located in Las Vegas, Nevada. Cedar City is approximately two and a half hours from Las Vegas and is on the route from Salt Lake City to Las Vegas.

**D.     Ploutus Malware Analysis**

23.     Computer Scientists at the FBI have examined the malware installed at various ATMs targeted by the conspiracy, including the malware used in the ATM jackpotting incidents at WGB and MACU. The specific variant of malware used is known as "Ploutus," and the FBI has

---

[5] On or about October 21, 2025, a grand jury sitting in the District of Nebraska returned an indictment charging Duran with violations of 18 U.S.C. §§ 1349 (conspiracy to commit bank fraud), 371 (conspiracy to commit bank burglary and fraud in connection with computers), 1344 (bank fraud), 2113(a) (bank burglary), and 1030(a)(5)(A) (intentional damage to a protected computer), for his role in the Arbor Bank ATM jackpotting incident.

determined that the Ploutus malware's primary purpose is to issue unauthorized commands associated with the Cash Dispensing Module of an ATM in order to perform unauthorized withdrawals of currency. The malware consists of a number of separate files with different purposes, including: files that interface with the ATM, specifically, the Cash Dispensing Module, and can manipulate the ATM to perform unauthorized currency withdrawals by sending programmatic instructions to perform dispensing operations within an ATM; files that contain anti-analysis measures to hinder forensic review, specifically software protection utilities to prevent reverse-engineering and debugging; and files that serve the function of deleting the malware from the system in an effort to conceal, create a false impression, mislead, or otherwise deceive employees of the financial institution from learning about the deployment of the malware on the ATM.

## CONCLUSION

24.  Based on the facts listed herein, there is probable cause to believe that Francisco Requena Torrealba knowingly committed violations of Title 18, United States Code, Sections 1349 (Attempt and conspiracy), 1030 (Fraud and related activity in connection with computers), 1344 (Bank Fraud), 2113(a) (Bank burglary and theft), and 371 (Conspiracy).

Matthew Saad, Special Agent
Federal Bureau of Investigation (FBI)

Sworn to before me by telephone or other reliable electronic means:

Date:  November 7, 2025

City and State: Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

**SEALED**

United States of America
v.

FRANCISCO REQUENA TORREALBA

*Defendant*

Case No. 8:25MJ627

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   FRANCISCO REQUENA TORREALBA ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 - Attempt and Conspiracy to Commit Bank Fraud
18 U.S.C. § 1030 - Computer Fraud
18 U.S.C. § 1344 - Bank Fraud
18 U.S.C. § 2113(a) - Bank Burglary and Larceny
18 U.S.C. § 371 - Conspiracy

Date: 11/7/2025

*Issuing officer's signature*

City and state:   Omaha, Nebraska

MICHAEL D. NELSON, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

# DEFENDANT LOCATOR FORM

Name of Defendant: __Francisco Javier Requena Torrealba__   DOB: _____

Date of Arrest: __11/30/25__   Time of Arrest: __1:30pm__

Arresting Agent/Agency: __FBI__

Country of Citizenship: __Venezuela__   (If "Other", enter citizenship)

Immigration Status: _____   (If "Other", enter status)

## MCC Information

Reservation no.: __24__   or Window Time: __8:00am__

Date of Booking: __12/1/25__   Booking Number: __35672-506__

## Other Booking Facility Information

(GEO, CCA, Juvenile Hall, State or County facility)

Facility: _____   Arrival Date: _____   Temporary Stay: **Yes** or **No**

## Hospitalized Defendant Information

Name of Medical Center: _____

Date of Hospital Admittance: _____   Time: _____

Reason for Hospitalization: _____

Expected Date of Discharge (Approx. if known) _____